# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEEP SOUTH EQUIPMENT COMPANY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-02164** |
| **JONES MOTOR GROUP, INC. ET AL.** | **SECTION: "M" (4)** |

## ORDER

Having considered Defendant's Motion to Enforce Settlement Agreement (R. Doc. 35), the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 48), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Defendant's Motion to Enforce Settlement Agreement (R. Doc. 35) is hereby **GRANTED** and the settlement is enforced as read into the record on October 29, 2018.

New Orleans, Louisiana, this 21st day of January 2019.

                                                    BARRY W. ASHE
                                      UNITED STATES DISTRICT JUDGE